# memorandum

DATE: 02/08/2019

FROM: Jennifer S. Torbett
U.S. Probation Officer

SUBJECT: William Scott Frazier
Crim. No. 4:12-CR-17-001 (CDL)
**Request for Early Termination**

TO: Clay D. Land
Chief U.S. District Judge

The attached is a request for early termination of the above-captioned offender's term of supervised release.

On October 28, 2017, the supervised release period of 36 months commenced. William Scott Frazier has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that William Scott Frazier be discharged from supervision.

Mr. Frazier has had no violations since the commencement of his supervised release. The Financial Litigation Unit began garnishing a monthly portion of his government assistance to satisfy his restitution requirements beginning in November 2018. Mr. Frazier has no other special conditions, and also suffers from a terminal illness, along with several other medical conditions.

The government has been contacted and concurs with our recommendation. Should the Court concur, an Order is attached for signature.

Attachment

Jennifer S. Torbett
U.S. Probation Officer

JST/ jst

Read and Approved:

James C. Ham
Supervising U.S. Probation Officer

February 8, 2019
Date

**Court Action:**

XX      Concur

\_\_\_\_    Do Not Concur

s/Clay D. Land                        2/8/2019

Clay D. Land                          Date
Chief U.S. District Judge

| GAM 35 | **Report and Order Terminating Supervised Release** |
| (Rev. 2/06) | **Prior to Original Expiration Date** |

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:12-CR-17-001 (CDL) |
| **WILLIAM SCOTT FRAZIER** | |

William Scott Frazier has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that William Scott Frazier be discharged from supervision.

Respectfully submitted,

Jennifer S. Torbett
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of February, 2019.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE